**Victor Hugo RENOJ–ALDANA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–72857.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 14, 2012.

Victor Hugo Renoj–Aldana, Sun City, CA, pro se.

Stefanie N. Hennes, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief

---

* The Honorable Jed S. Rakoff, Senior United States District Judge for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

470

Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Victor Hugo Renoj–Aldana, a native and citizen of Guatemala, petitions pro se for review of the decision of the Board of Immigration Appeals, dismissing his appeal from an immigration judge's decision denying his application of asylum. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184–85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the BIA's conclusion that Renoj–Aldana failed to establish past persecution arising from his mistreatment by guerrillas. *See INS v. Elias–Zacarias*, 502 U.S. 478, 482, 112 S.Ct. 812, 117 L.Ed.2d 38 (refusal to join an organization does not amount to a political opinion). Substantial evidence also supports the BIA's finding that Renoj–Aldana failed to establish an objectively reasonable well-founded fear of future persecution. *See Molina–Estrada v. INS*, 293 F.3d 1089, 1095–96 (9th Cir.2002). Accordingly, Renoj–Aldana's asylum claim fails.

Renoj–Aldana's claim that the IJ failed to advise him concerning his payment of a voluntary departure bond is not supported by the record.

**PETITION FOR REVIEW DENIED.**

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

